UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SUNSTAR AMERICAS, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> MD Brush, LLC, <br><br> *Defendant.* | ) <br> ) <br> ) <br> ) Case No. 15-cv-4254 <br> ) <br> ) <br> ) <br> ) <br> ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Sunstar Americas, Inc. and Defendant MD Brush, LLC through their undersigned counsel that:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims and counterclaims in this action by all parties are hereby dismissed with prejudice.

2. Each of the parties shall bear its own fees and costs.

| MD Brush, LLC <br> _____ <br> J. Reid Bumgarner <br> Bumgarner Law P.C. <br> 6750 West Loop S., Suite 748 <br> Bellaire, Texas 77401 <br> Telephone: (713) 893-7255 <br> jrb@bumgarnerpc.com <br><br> Glen P. Belvis <br> Randal S. Alexander <br> Steptoe & Johnson LLP <br> 115 S. LaSalle, Suite 3100 <br> Chicago, IL 60603 <br> Telephone: (312) 577-1300 <br> Facsimile: (312) 577-1370 <br> gbelvis@steptoe.com <br> ralexander@steptoe.com <br> *Attorneys for MD Brush, LLC* | Respectfully submitted, <br> SUNSTAR AMERICAS, INC. <br> _____ <br> Charles A. Laff <br> Larry L. Saret <br> Paul Coble <br> Michael Best & Friedrich LLP <br> 180 N. Stetson Avenue, Suite 2000 <br> Chicago, IL 60601 <br> Telephone: (312) 222-0800 <br> Facsimile: (312) 222-0818 <br> calaff@michaelbest.com <br> llsaret@michaelbest.com <br> pcoble@michaelbest.com <br> *Attorneys for Sunstar Americas, Inc.* |

11

## **CERTIFICATE OF SERVICE**

    I, Paul R. Coble, hereby certify that on February 22, 2016, I caused a copy of the foregoing document to be filed with the Court's CM/ECF system, which provides service to all counsel of record via electronic mail.

    */s/ Paul R. Coble*